884 WEST END AVENUE CORPORATION v. ROBERT PEARLMAN.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

THE SUN PRINTING AND PUBLISHING ASSOCIATION v. REMINGTON PAPER AND POWER COMPANY, INC.— Motion granted; question certified. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

P. DOUGHERTY COMPANY v. AMERICAN CAR AND FOUNDRY COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

FLECK & HILLMAN v. WABASH RAILWAY COMPANY.— Motion for leave to appeal denied, with ten dollars costs, on the ground that it was not made at the term following service of judgment with notice of entry thereof (Civil Practice Act, § 591), and on the further ground that appellant has failed to show that any question of law is involved which ought to be reviewed by the Court of Appeals. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

FLECK & HILLMAN v. WABASH RAILWAY COMPANY.— Motion for reargument, etc., denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

ABRAHAM GOLDBERG and Another v. BARNEY WALLER and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

GUY M. WALKER v. WESTERN ASSURANCE COMPANY OF THE CITY OF TORONTO.— Motion for leave to appeal denied, with ten dollars costs, and motion for stay granted. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

GUY M. WALKER v. THE LIVERPOOL AND LONDON AND GLOBE INSURANCE COMPANY.— Motion for leave to appeal denied, with ten dollars costs, and motion for stay granted. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

THE A. C. & H. M. HALL REALTY COMPANY v. LEON SIDNEY Moos and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of the Application of DANIEL O'CONNELL v. JOHN C. CLARK and Others.— Motion granted. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

EMERSON BUILDING COMPANY v. LILLIAN M. SORESI.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

POOR'S PUBLISHING COMPANY v. BANCA MARMOROSCH BLANK & COMPANY, SOCIETATE ANONIMA.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

MARY O. SILKMAN v. PETER SCHWARTZ.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.